Michael R. Reese (State Bar No. 206773)
mreese@reesellp.com
George V. Granade (State Bar No. 316050)
ggranade@reesellp.com
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York  10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

*Counsel for Plaintiffs Steve Kramer and David Kent Greenley and the Proposed Class*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| STEVE KRAMER *and* DAVID KENT GREENLEY, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>AVIS BUDGET GROUP, INC., *a Delaware and New Jersey corporation*,<br><br>Defendant. | Case No.: 3:19-cv-00421-GPC-NLS<br><br>**JOINT MOTION: (1) FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CLAIMS ASSERTED BY PLAINTIFF STEVE KRAMER AND (2) FOR PLAINTIFF DAVID KENT GREENLEY TO FILE SECOND AMENDED COMPLAINT PURSUANT TO CONSENT OF THE PARTIES** |

Plaintiffs Steve Kramer and David Kent Greenley (collectively, "Plaintiffs") and Defendant Avis Budget Group, Inc. ("Defendant") (Plaintiffs collectively with Defendant, the "Parties"), by and through their respective counsel of record, and pursuant to Federal Rules of Civil Procedure 15(a)(2) and 41(a) and Local Civil Rule 15.1 hereby file this joint motion: (1) for voluntary dismissal without prejudice of claims asserted by Plaintiff Steve Kramer and (2) for Plaintiff David Kent Greenley to file a Second Amended Complaint pursuant to consent of the Parties. In support of this motion, the Parties hereby state as follows:

1. Plaintiffs commenced this action by filing a complaint in the Superior Court of the State of California for the County of San Diego on December 31, 2018.
2. Plaintiffs filed their First Amended Complaint ("FAC") on January 24, 2019.
3. Defendant removed this case to this Court on March 4, 2019.
4. The Court has ordered that Defendant has an extension of time to April 10, 2019 to answer, move, or otherwise respond to the FAC. (Order, ECF No. 4.)
5. The Parties hereby stipulate to and jointly move: (1) for voluntary dismissal without prejudice of claims asserted by Plaintiff Steve Kramer and (2) for Plaintiff David Kent Greenley to file a Second Amended Complaint pursuant to consent of the Parties. A copy of the proposed Second Amended Complaint is attached here as **Exhibit "1."** A version of the proposed Second Amended Complaint in redline format is attached here as **Exhibit "2,"** which shows how the proposed amended pleading differs from the operative pleading. As set forth in the proposed Second Amended Complaint attached hereto, the proposed amendment reflects the removal of Plaintiff Steve Kramer (without prejudice) as a party to this action and the elimination without prejudice of certain factual references to an entity known as "Zipcar."
6. The Parties agree that, with respect to the dismissal without prejudice of Plaintiff Steve Kramer's claims, Plaintiff Steve Kramer and Defendant will each bear his/its own attorneys' fees and costs.

7. The Parties further agree that this dismissal without prejudice as to Plaintiff Steve Kramer only does ***not*** affect or impair any of the claims asserted by Plaintiff David Kent Greenley, individually or on behalf of all others similarly situated. Plaintiff David Kent Greenley's claims against Defendant remain pending and will be appropriately restated within the filing of the Second Amended Complaint.

8. The Parties further agree that this amendment is sought through "consent" of the Parties pursuant to Federal Rule of Civil Procedure 15(a)(2). Any amendment granted pursuant to this joint motion shall not impair Plaintiff David Kent Greenley's right to amend as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1).

9. Upon filing of the Second Amended Complaint, the deadline for Defendant to answer, move, or otherwise respond shall remain as currently scheduled (April 10, 2019).

10. This joint motion is made in good faith and not for purposes of delay or prejudice to any party.

11. A Proposed Order consistent with the relief requested herein is being separately submitted concurrently with this joint motion pursuant to Local Civil Rule 7.2(c).

DATED: April 2, 2019                REED SMITH LLP

                                    By: /s/ Anthony S. Newman
                                        Anthony S. Newman
                                        *Attorneys for Defendant*
                                        *Avis Budget Group, Inc.,*

1  DATED:  April 2, 2019                REESE LLP

2

3                                       By: /s/ Michael R. Reese[1]
                                            Michael R. Reese
4                                           *Attorneys for Plaintiffs*

---

[1] Pursuant to Southern District ECF Administrative Policies and Procedures Manual Section 2.F.4, filing counsel attests that all other signatories listed and on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.